# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.                        **CASE NO.**  21-20032-DDC/JPO

**DILLON TAYLOR,**

    **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**FELON IN POSSESSION OF A FIREARM/AMMUNITION**
**[18 U.S.C. §§ 922(g) and 924(a)(2)]**

On or about August 11, 2020, in the District of Kansas, the defendant,

**DILLON TAYLOR,**

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: in 2011, in Wyandotte County District Court, case number 11 CR241 for possession of Opiates; in 2016, in Wyandotte County District Court case number 15 CR 460 for Aggravated Battery-Bodily Harm/ Weapon; in 2018, in

1

Wyandotte County District Court case number 2017CR0658, for Aggravated Battery and Criminal Possession of a Weapon; and in 2019, in the District Court of Jefferson County, Kansas Case number 18CR114 for Burglary; all crimes punishable under the laws of the State of Kansas by imprisonment for a term exceeding one year (a felony), knowingly and unlawfully possessed in and affecting interstate and foreign commerce firearms and ammunition, namely a black Smith and Wesson .40 caliber 40 Shield, serial number HRF5747, and a Taurus PT111 9 mm caliber Serial number TKS33671 as well as ammunition for those firearms, which had been shipped and transported in interstate and foreign commerce.

This was done in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE NOTICE

1. The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of one or more of the offenses set forth in Count 1 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms or ammunition involved in the commission of the offense, including, but not limited to:

      A.      Black Smith and Wesson .40 Caliber, 40 Shield, serial number HEF 5747;
      B.      Taurus PT111 9mm caliber serial number TKS33671; and
      C.      Ammunition.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

June 30, 2021                    s/Foreperson
DATE                            FOREPERSON OF THE GRAND JURY

DUSTON J. SLINKARD
ACTING UNITED STATES ATTORNEY

By: /s/ *Kim I. Flannigan*
KIM I. FLANNIGAN
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Kim.Flannigan@usdoj.gov
Ks. S. Ct. No. 13407

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

# **PENALTIES**

### **Count 1 [Felon in Possession of a Firearm]**

- Punishable by a term of imprisonment of not more than ten (10) years.  18 U.S.C. § 924(a)(2).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.